**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In the Interest of E.G., a child

Appellate case number:      01-19-00949-CV

Trial court case number:    2016-03159J

Trial court:                314th District Court of Harris County


Appellant, Stephanie Cerda, has filed a motion for substitution of William B. Connolly as counsel on appeal and discharge of Sara E. Bloome as attorney of record for appellant. The motion is **granted**. *See* TEX. R. APP. P. 6.5(b), (d).

The Clerk of this Court is directed to note Sara E. Bloome's withdrawal as counsel for appellant and to substitute William B. Connolly as counsel for appellant on the docket of this Court.

Appellant also has filed a motion for extension of time to file her brief. The motion is **granted**. Appellant's brief is due to filed in this appeal no later than **February 7, 2020**. *See* TEX. R. APP. P. 38.6(d).


It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                              Acting individually

Date:  January 23, 2020